JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI

**City** Boston, MA     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____ See Additional Information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: ZHENBANG ZHOU     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Poeple's Republic of China

Birth date (Yr only): ___ SSN (last4#): ___ Sex M    Race: Asian    Nationality: ___

**Defense Counsel if known:** _____ Address _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA Jason A. Casey     Bar Number if applicable _____

Interpreter: ☑ Yes ☐ No    List language and/or dialect: *Mandarin*

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 26, 2025     Signature of AUSA: *Jason A. Casey*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  ZHENBANG ZHOU

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | 18 U.S.C. § 1028(a)(7) | Conspiracy to Commit Identity Theft | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 24-mj-6089 through 6104-MPK / 24-mj-6386 through 6399-MPK / 24-mj-6892-MPK / 24-mj-9033 through 9039-MPK / 24-mj-6892-MPK / 24-mj-6896 (D.NJ) / 24-mj-10180 through 10185 (D.NJ) / 24-mc-3894 (EDNY) / 24-mj-3753 (SDCA) / 24-mj-00411 (D. Nevada)

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. __II__  Investigating Agency __FBI__

City __Boston, MA__   Related Case Information:

County __Suffolk__   Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See Additional Information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __BAOYU ZHOU__   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State) People's Republic of China__

Birth date (Yr only): ____ SSN (last4#): ____ Sex __M__ Race: __Asian__ Nationality: ____

Defense Counsel if known: _____ Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA __Jason A. Casey__   Bar Number if applicable _____

Interpreter: ☑ Yes ☐ No   List language and/or dialect: __Mandarin__

Victims: ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☐ Complaint  ☐ Information  ☑ Indictment

Total # of Counts: ☐ Petty  ☐ Misdemeanor  ☑ Felony __5__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __June 24, 2025__   Signature of AUSA: *Jason A. Casey*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    BAOYU ZHOU

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | 18 U.S.C. § 1028(a)(7) | Conspiracy to Commit Identity Theft | 3 |
| Set 4 | 18 U.S.C. § 371 | Conspiracy to Cause Damage to a Protected Computer | 4 |
| Set 5 | 50 U.S.C. §§ 1705(a) and (c) | Conspiracy to Violate the International Emergency Economic Powers Act | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 24-mj-6089 through 6104-MPK / 24-mj-6386 through 6399-MPK / 24-mj-6892-MPK / 24-mj-9033 through 9039-MPK / 24-mj-6892-MPK / 24-mj-6896 (D.NJ) / 24-mj-10180 through 10185 (D.NJ) / 24-mc-3894 (EDNY) / 24-mj-3753 (SDCA) / 24-mj-00411 (D. Nevada)

✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI

**City** Boston, MA     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number    See Additional Information
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: ZHENXING WANG    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Danny

Address: (City & State) Brunswick, New Jersey

Birth date (Yr only): ___ SSN (last4#): ___ Sex: M   Race: Asain   Nationality: USA

**Defense Counsel if known:** Jason Siedman    Address: _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Jason A. Casey    Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No   List language and/or dialect: Mandarin

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 26, 2025    Signature of AUSA: *Jason A. Casey*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ZHENXING WANG

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | 18 U.S.C. § 1028(a)(7) | Conspiracy to Commit Identity Theft | 3 |
| Set 4 | 18 U.S.C. § 371 | Conspiracy to Cause Damage to a Protected Computer | 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 24-mj-6089 through 6104-MPK / 24-mj-6386 through 6399-MPK / 24-mj-6892-MPK / 24-mj-9033 through 9039-MPK / 24-mj-6892-MPK / 24-mj-6896 (D.NJ) / 24-mj-10180 through 10185 (D. NJ) / 24-mc-3894 (EDNY) / 24-mj-3753 (SDCA) / 24-mj-00411 (D. Nevada)

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet  U.S. District Court - District of Massachusetts

**Place of Offense:**  Category No. **II**  Investigating Agency **FBI**

**City** Boston, MA  **Related Case Information:**

**County** Suffolk  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  See Additional Information
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name  ZIYOU YUAN  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name  Samuel

Address  (City & State) United Arab Emirates

Birth date (Yr only): ___  SSN (last4#): ___  Sex **M**  Race: Asian  Nationality: ___

Defense Counsel if known: ___  Address ___

Bar Number ___

## U.S. Attorney Information:

AUSA  Jason A. Casey  Bar Number if applicable ___

Interpreter: ☑ Yes ☐ No  List language and/or dialect: **Mandarin**

Victims: ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

## Location Status:

**Arrest Date** ___

☐ Already in Federal Custody as of ___ in ___.
☐ Already in State Custody at ___ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 26, 2025  Signature of AUSA: *Jason A. Casey*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ZIYOU YUAN

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | 18 U.S.C. § 1028(a)(7) | Conspiracy to Commit Identity Theft | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 24-mj-6089 through 6104-MPK / 24-mj-6386 through 6399-MPK / 24-mj-6892-MPK / 24-mj-9033 through 9039-MPK / 24-mj-6892-MPK / 24-mj-6896 (D.NJ) / 24-mj-10180 through 10185 (D.NJ) / 24-mc-3894 (EDNY) / 24-mj-3753 (SDCA) / 24-mj-00411 (D. Nevada)

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Boston, MA    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   See Additional Information
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** YONGZHE XU    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) United Arab Emirates

**Birth date (Yr only):** ____ **SSN (last4#):** ____ **Sex** M **Race:** Asian **Nationality:** ____

**Defense Counsel if known:** _____ **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Jason A. Casey    **Bar Number if applicable** _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: _Mandarin_

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** June 26, 2025    **Signature of AUSA:** _Jason A. Casey_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  YONGZHE XU

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | 18 U.S.C. § 1028(a)(7) | Conspiracy to Commit Identity Theft | 3 |
| Set 4 | 50 U.S.C. §§ 1705(a) and (c) | Conspiracy to Violate the International Emergency Economic Powers Act | 5 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 24-mj-6089 through 6104-MPK / 24-mj-6386 through 6399-MPK / 24-mj-6892-MPK / 24-mj-9033 through 9039-MPK / 24-mj-6892-MPK / 24-mj-6896 (D.NJ) / 24-mj-10180 through 10185 (D.NJ) / 24-mc-3894 (EDNY) / 24-mj-3753 (SDCA) / 24-mj-00411 (D. Nevada)

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet                                           U.S. District Court - District of Massachusetts

**Place of Offense:**            **Category No.** II           **Investigating Agency** FBI

**City** Boston, MA              **Related Case Information:**

**County** Suffolk               Superseding Ind./ Inf. _____   Case No. _____
                                 Same Defendant _____           New Defendant _____
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number   See Additional Information
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  TONG YUZE                                 Juvenile:   ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address         (City & State) People's Republic of China

Birth date (Yr only): _____  SSN (last4#): _____  Sex M   Race: Asian   Nationality: _____

**Defense Counsel if known:** _____        Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA   Jason A. Casey                                     Bar Number if applicable _____

Interpreter:   ☑ Yes  ☐ No        List language and/or dialect:  Mandarin

Victims:   ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

Matter to be SEALED:   ☑ Yes  ☐ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony  5

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  June 26 2025        Signature of AUSA:   *Jason A. Casey*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     TONG YUZE

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | 18 U.S.C. § 1028(a)(7) | Conspiracy to Commit Identity Theft | 3 |
| Set 4 | 18 U.S.C. § 371 | Conspiracy to Cause Damage to a Protected Computer | 4 |
| Set 5 | 50 U.S.C. §§ 1705(a) and (c) | Conspiracy to Violate the International Emergency Economic Powers Act | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 24-mj-6089 through 6104-MPK / 24-mj-6386 through 6399-MPK / 24-mj-6892-MPK / 24-mj-9033 through 9039-MPK / 24-mj-6892-MPK / 24-mj-6896 (D.NJ) / 24-mj-10180 through 10185 (D.NJ) / 24-mc-3894 (EDNY) / 24-mj-3753 (SDCA) / 24-mj-00411 (D. Nevada)

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:** Category No. **II** Investigating Agency **FBI**

**City** Boston, MA    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   See Additional Information
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** MENGTING LIU    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Taiwan

**Birth date (Yr only):** ___ **SSN (last4#):** ___ **Sex** F **Race:** Asian **Nationality:** ___

**Defense Counsel if known:** _____ **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Jason A. Casey    **Bar Number if applicable** _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: *Mandarin*

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** June 26, 2025    **Signature of AUSA:** *Jason A. Casey*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  MENGTING LIU

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  24-mj-6089 through 6104-MPK / 24-mj-6386 through 6399-MPK / 24-mj-6892-MPK / 24-mj-9033 through 9039-MPK / 24-mj-6892-MPK / 24-mj-6896 (D.NJ) / 24-mj-10180 through 10185 (D.NJ) / 24-mc-3894 (EDNY) / 24-mj-3753 (SDCA) / 24-mj-00411 (D. Nevada)

≪JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet　　　　　　U.S. District Court - District of Massachusetts

**Place of Offense:**　　　　Category No. **II**　　　　Investigating Agency **FBI**

City **Boston, MA**　　　　Related Case Information:

County **Suffolk**　　　　Superseding Ind./ Inf. _____　Case No. _____
　　　　　　　　　　　　Same Defendant _____　New Defendant _____
　　　　　　　　　　　　Magistrate Judge Case Number　See Additional Information
　　　　　　　　　　　　Search Warrant Case Number _____
　　　　　　　　　　　　R 20/R 40 from District of _____

## Defendant Information:

Defendant Name **JING BIN HUANG**　　Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) **People's Republic of China**

Birth date (Yr only): ___　SSN (last4#): ___　Sex **M**　Race: **Asian**　Nationality: ___

Defense Counsel if known: _____　Address _____

Bar Number _____

## U.S. Attorney Information:

AUSA **Jason A. Casey**　　　　Bar Number if applicable _____

Interpreter: ☑ Yes ☐ No　　List language and/or dialect: **Mandarin**

Victims: ☑ Yes ☐ No　If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested　　☐ Regular Process　　☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**　☐ Complaint　　☐ Information　　☑ Indictment

**Total # of Counts:**　☐ Petty　　☐ Misdemeanor　　☑ Felony **5**

Continue on Page 2 for Entry of U.S.C. Citations

☑　I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **June 24, 2025**　　Signature of AUSA: *Jason A. Casey*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   JING BIN HUANG

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | 18 U.S.C. § 1028(a)(7) | Conspiracy to Commit Identity Theft | 3 |
| Set 4 | 18 U.S.C. § 371 | Conspiracy to Cause Damage to a Protected Computer | 4 |
| Set 5 | 50 U.S.C. §§ 1705(a) and (c) | Conspiracy to Violate the International Emergency Economic Powers Act | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  24-mj-6089 through 6104-MPK / 24-mj-6386 through 6399-MPK / 24-mj-6892-MPK / 24-mj-9033 through 9039-MPK / 24-mj-6892-MPK / 24-mj-6896 (D.NJ) / 24-mj-10180 through 10185 (D.NJ) / 24-mc-3894 (EDNY) / 24-mj-3753 (SDCA) / 24-mj-00411 (D. Nevada)

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Boston, MA    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number See Additional Information
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** ENCHIA LIU    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Taiwan

**Birth date (Yr only):** ___ **SSN (last4#):** ___ **Sex** M **Race:** Asian **Nationality:** ___

**Defense Counsel if known:** _____ **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Jason A. Casey    **Bar Number if applicable** _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Mandarin

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** June 24, 2025    **Signature of AUSA:** *Jason A. Casey*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ENCHIA LIU

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 24-mj-6089 through 6104-MPK / 24-mj-6386 through 6399-MPK / 24-mj-6892-MPK / 24-mj-9033 through 9039-MPK / 24-mj-6892-MPK / 24-mj-6896 (D.NJ) / 24-mj-10180 through 10185 (D.NJ) / 24-mc-3894 (EDNY) / 24-mj-3753 (SDCA) / 24-mj-00411 (D. Nevada)