UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) ZHENXING WANG,<br>    a/k/a "Danny Wang"<br>(2) JING BIN HUANG,<br>    a/k/a "靖斌 黄"<br>(3) BAOYU ZHOU,<br>    a/k/a "周宝玉"<br>(4) TONG YUZE,<br>    a/k/a "佟雨泽"<br>(5) YONGZHE XU,<br>    a/k/a "徐勇哲"<br>    a/k/a "يونجزهي أكسو"<br>(6) ZIYOU YUAN,<br>    a/k/a "زيـو"<br>(7) ZHENBANG ZHOU,<br>    a/k/a "周震邦"<br>(8) MENGTING LIU, and<br>    a/k/a "劉 孟婷"<br>(9) ENCHIA LIU,<br>    a/k/a "刘恩嘉"<br><br>Defendants. | Criminal No. 25cr10273 NMG-MPK<br><br>Violations:<br><br>Count One: Conspiracy to Commit<br>Wire and Mail Fraud<br>(18 U.S.C. § 1349)<br><br>Count Two: Money Laundering Conspiracy<br>(18 U.S.C. § 1956(h))<br><br>Count Three: Conspiracy to Commit<br>Identity Theft<br>(18 U.S.C. §§ 1028(a)(7) and (f))<br><br>Count Four: Conspiracy to Damage<br>a Protected Computer<br>(18 U.S.C. § 371)<br><br>Count Five: Conspiracy to Violate the<br>International Emergency Economic Powers Act<br>(50 U.S.C. §§ 1705(a) and (c))<br><br>Forfeiture Allegations:<br>(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C.<br>§ 2461(c); 18 U.S.C. §§ 981(a)(1) and (a)(2)(B),<br>1028(b)(5), 1030(i); and 19 U.S.C. § 1595a(d)) |

## GOVERNMENT'S MOTION TO SEAL

    The United States hereby respectfully moves the Court to seal the Indictment, the arrest warrants, this motion, the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that defendant Zhenxing Wang, who resides in the United States, has not yet been arrested. Public disclosure of these materials at this time, therefore, might jeopardize the government's ability to arrest Zhenxing Wang.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ Jason A. Casey
    JASON A. CASEY
    Assistant U.S. Attorney

Dated: June 26, 2025


So ordered.

_David K. Hennessy_
UNITED STATES MAGISTRATE JUDGE

June 26, 2025