AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ZHENBANG ZHOU | ) | Case No.  25cr10273 NMG-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Zhenbang Zhou                                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

(1) Conspiracy to commit mail and wire fraud in violation of Title 18, United States Code, Section 1349; (2) Money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h); and (3) Conspiracy to commit identity theft in violation of Title 18, United States Code, Section 1028(a)(7).

Date:     06/26/2025                                   _____
                                                                                    *Issuing officer's signature*

City and state:     Boston, MA                              United States Magistrate Judge David H. Hennessy
                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                  _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 25cr10273 NMG-MPK |
| BAOYU ZHOU | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Baoyu Zhou                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

(1) Conspiracy to commit mail and wire fraud in violation of Title 18, United States Code, Section 1349; (2) Money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h); (3) Conspiracy to commit identity theft in violation of Title 18, United States Code, Section 1028(a)(7); (4) Conspiracy to cause damage to a protected computer in violation of Title 18, United States Code, Section 371; and (5) Conspiracy to violate the International Emergency Economic Powers Act in violation of Title 50, United States Code, Section 1705(a) and (c).

Date:   06/26/2025                              _____
                                                                *Issuing officer's signature*

City and state:   Boston, MA                United States Magistrate Judge David H. Hennessy
                                                                *Printed name and title*

---

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | _____ *Arresting officer's signature* |
| | _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| ZHENXING WANG | ) Case No. 25cr10273 NMG-MPK |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Zhenxing Wang,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

(1) Conspiracy to commit mail and wire fraud in violation of Title 18, United States Code, Section 1349; (2) Money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h); (3) Conspiracy to commit identity theft in violation of Title 18, United States Code, Section 1028(a)(7); and (4) Conspiracy to cause damage to a protected computer in violation of Title 18, United States Code, Section 371.

Date: 06/26/2025

_____
*Issuing officer's signature*

City and state:   Boston, MA

United States Magistrate Judge David H. Hennessy
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>ZIYOU YUAN<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No. 25cr10273 NMG-MPK |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Ziyou Yuan                                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

(1) Conspiracy to commit mail and wire fraud in violation of Title 18, United States Code, Section 1349; (2) Money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h); and (3) Conspiracy to commit identity theft in violation of Title 18, United States Code, Section 1028(a)(7).

Date:    06/26/2025

_Issuing officer's signature_

City and state:     Boston, MA

United States Magistrate Judge David H. Hennessy
_Printed name and title_

### Return

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .

Date: _____

_Arresting officer's signature_

_Printed name and title_

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>YONGZHE XU<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25cr10273 NMG-MPK |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Yongzhe Xu                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

(1) Conspiracy to commit mail and wire fraud in violation of Title 18, United States Code, Section 1349; (2) Money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h); (3) Conspiracy to commit identity theft in violation of Title 18, United States Code, Section 1028(a)(7); and (4) Conspiracy to violate the International Emergency Economic Powers Act in violation of Title 50, United States Code, Section 1705(a) and (c).

Date:   06/26/2025

*Issuing officer's signature*

City and state:   Boston, MA

United States Magistrate Judge David H. Hennessy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>TONG YUZE<br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25cr10273 NMG-MPK |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Tong Yuze                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

(1) Conspiracy to commit mail and wire fraud in violation of Title 18, United States Code, Section 1349; (2) Money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h); (3) Conspiracy to commit identity theft in violation of Title 18, United States Code, Section 1028(a)(7); (4) Conspiracy to cause damage to a protected computer in violation of Title 18, United States Code, Section 371; and (5) Conspiracy to violate the International Emergency Economic Powers Act in violation of Title 50, United States Code, Section 1705(a) and (c).

Date: 06/26/2025

*Issuing officer's signature*

City and state:   Boston, MA                                        United States Magistrate Judge David H. Hennessy
                                                                                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .<br><br>Date: _____<br><br>                                                                                           *Arresting officer's signature*<br><br>                                                                                           *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>MENGTING LIU<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 25cr10273 NMG-MPK |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Mengting Liu,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

(1) Money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h).

Date: 06/26/2025

*Issuing officer's signature*

City and state:   Boston, MA

United States Magistrate Judge David H. Hennessy
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 25cr10273 NMG-MPK |
| JING BIN HUANG | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jing Bin Huang,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

(1) Conspiracy to commit mail and wire fraud in violation of Title 18, United States Code, Section 1349; (2) Money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h); (3) Conspiracy to commit identity theft in violation of Title 18, United States Code, Section 1028(a)(7); (4) Conspiracy to cause damage to a protected computer in violation of Title 18, United States Code, Section 371; and (5) Conspiracy to violate the International Emergency Economic Powers Act in violation of Title 50, United States Code, Section 1705(a) and (c).

Date:   06/26/2025

*Issuing officer's signature*

City and state:   Boston, MA

United States Magistrate Judge David H. Hennessy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| ENCHIA LIU | ) Case No. 25cr10273 NMG-MPK |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| _Defendant_ | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Enchia Liu                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

(1) Money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h).

Date:    06/26/2025

_Issuing officer's signature_

City and state:    Boston, MA

United States Magistrate Judge David H. Hennessy
_Printed name and title_

---

**Return**

| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ |
| at _(city and state)_ _____. |

Date: _____

_Arresting officer's signature_

_Printed name and title_